Form 182 – ntchrgpay

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
401 Market Street  
Camden, NJ 08102

---

                Case No.:  16−31993−ABA  
                Chapter:  13  
                Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Timothy G Dwyer  
   304 Quigley Avenue  
   Egg Harbor Township, NJ 08234

Social Security No.:  
   xxx−xx−3766

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING FOR FAILURE TO PAY FILING FEE

Please take notice that a hearing for failure to make an installment payment as noted below

will be held on:     February 7, 2017     10:00 AM

at: Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

The amount of the unpaid filing fee is:

Third Installment Payment of $78.00

If the balance of the filing fee in the amount noted above is not paid immediately, your case will be dismissed at the hearing. The Clerk's Office will only accept payment in the form of money order, certified check, attorney check, or electronic payment by efiling attorneys. No personal checks or cash will be accepted.

Dated: January 24, 2017  
JAN: dmb

                                                              Jeanne Naughton  
                                                               Clerk